# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ASTRID LUCAS, *et al.*,

        Plaintiffs,

vs.

BARLOW DOUGLAS & HALL, *et al.*,

        Defendants.

Case No. 2:17-cv-00459-GMN-PAL

**ORDER**

    At intake, this case was assigned to the court's Early Neutral Evaluation Program for employment-discrimination cases. (ECF No. 4). Local Rule 16-6(a) defines employment-discrimination cases as cases filed under the following statutes:

> Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.; Title I of the Americans With Disabilities Act, as amended, 42 U.S.C. § 12101, et seq.; prohibition of employment discrimination under 42 U.S.C. § 1981; Age Discrimination in Employment Act, 29 U.S.C. § 626, et seq.; Equal Pay Act, 29 U.S.C. § 206; Genetic Information NonDiscrimination Act of 2008, 42 U.S.C. § 2000ff, et seq.; Vocational Rehabilitation Act of 1973, 29 U.S.C. § 794; and under 42 U.S.C. § 1983, if the complaint alleges discrimination in employment on the basis of race, color, gender, national origin, or religion.

    Here, Plaintiff requests declaratory relief, alleges claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq., and alleges claims of defamation against Defendants. *See Compl*. (ECF No. 1). Given that none of these claims are included in the definition of an employment-discrimination action under Local Rule 16-6(a), the Court will not hold an early neutral evaluation conference in this case.

    **IT IS HEREBY ORDERED** that the Court will not conduct an early neutral evaluation in this case.

. . .

**IT IS FURTHER ORDERED** that the Clerk of Court must terminate the undersigned's designation as the settlement judge in this case.

DATED this 2nd day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge