Jonathan W. Barlow, Esq. (# 9964)
David T. Blake, Esq. (# 11059)
CLEAR COUNSEL LAW GROUP
50 S. Stephanie St., Ste. 101
Henderson, NV 89012
(702) 476-5900
(702) 924-0709 (Fax)
jonathan@clearcounsel.com
Attorneys for Defendants/Counterclaimant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASTRID LUCAS, an individual; STEPHANIE WHITE, an individual; LAS VEGAS CPA PROFESSIONALS, a Nevada entity,<br><br>Plaintiffs,<br><br>v.<br><br>BARLOW DOUGLAS & HALL, a Nevada entity; DAVE HALL, an individual; BRENT BARLOW, an individual.<br><br>Defendants. | CASE NO.: 2:17-cv-00459<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BARLOW DOUGLAS & HALL CPAs, PLLC, a Nevada Professional Limited Liability Company,<br><br>Counterclaimant,<br><br>v.<br><br>LAS VEGAS TAX PROFESSIONALS L.L.C., d/b/a LAS VEGAS CPA PROFESSIONALS, a Nevada limited liability company, ASTRID J. LUCAS, an individual, STEPHANIE WHITE, an individual,<br><br>Counter-Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs/Counter-Defendants, ASTRID LUCAS, STEPHANIE WHITE, and LAS VEGAS CPA PROFESSIONALS by and through their attorneys of the Law Office of Telia U. Williams, and Defendants/Counter-Claimants BARLOW

DOUGLAS & HALL CPAs, PLLC, by and through their attorneys Clear Counsel Law Group that the above-captioned matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

No trial date has been set in this matter.

| | |
|---|---|
| Dated this 21st day of August 2017. | Dated this 21st day of August 2017. |
| /s/David T. Blake<br>David T. Blake, Esq. (NV Bar No. 11059)<br>Clear Counsel Law Group<br>50 S. Stephanie Street, Suite 101<br>Henderson, NV 89012<br>Attorneys for Defendants/Counter-Claimants | /s/Telia U. Williams<br>Telia U. Williams, Esq. (NV Bar No. 9359)<br>Law Office of Telia U. Williams<br>10161 W Park Run Dr #150<br>Las Vegas, NV 89145<br>Attorneys for Plaintiffs/Counter-Defendants |

**ORDER**

IT IS SO ORDERED that all claims related to the above-entitled action are hereby dismissed with prejudice and each party to bear their own costs and attorney's fees.

DATED this ____25____ day of August, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

**CLEAR COUNSEL LAW GROUP**

_____
DAVID T. BLAKE (# 11059)
50 S. Stephanie Street, Suite 101
Henderson, NV 89012
Attorneys for Defendants/Counter-Claimants